In the US District Court for the Eastern District of PA

Christian Gagnon
V
P.B.P.P/DOC
Officer Marquez et Al
Officer Koza et al

Civil Action NO's
24-CV-06566 MKC
24-CV-05803 MKC
24-CV-05814 MKC

## Motion for Court Appointed Counsel

I, Christian Gagnon, petitioner, request Effective Assistance of Counsel for the numbers as following reasons, in the above captioned cases;

1) I do not have money to afford an attorney

2) The attorneys I've attempted to have help me only want to do slip and fall or Auto Accidents. No one wants to use their degrees to help the ones in dyre need of help.

3) I have legitimate claims of US Constitution Violations and can't present them without being unfairly dismissed

4) Arbitrary Arrests are [NOT ONLY] unlawful

(1)

they are UNCONSTITUTIONAL! We the People also have the Right to Medical and/or Psychiatric Attention. To deny, punish or ignore our cries for help is a HIPPA Right Violation. I attempted suicide and wish I didn't wake up every morning since these malicious people destroyed my livelihood. When we need help, we need someone to turn to.

5) Parole Warrants are Rubber-stamped. There is no one to review or weigh the evidence before arresting us and sending us back to an SCI directly until however long the board/DOC justifies keeping us incarcerated. We are guilty [ALWAYS] before proven innocent and even when we prove our innocence, we are still found guilty because they have to justify keeping us back in an SCI. 2 Months is long enough in an SCI to destroy a persons livelihood. 6 mths put me in the dirt so deep I can't get up and won't be able to if Parole keeps getting away with what they are doing. I deserve to be heard.

Make America Great Again in PA

1/30/25    Christian Gagnon

(2)

US POSTAGE $000.69
HARRISBURG PA 171
ZIP 17866
02 4W
0000386703 JAN 31 2025

PA DEPT OF CORRECTIONS
1 FEB 2025 PM 2 L

Smart Communications/PADOC
SCI Coal Township
Christian Gagnon JD5069
PO Box 33028
St Petersburg FL 33733

Office of Clerk
US District Court
601 Market St
Phila PA 19106

RECEIVED
FEB - 3 2025