IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN GAGNON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-6566 |
| | : | |
| **PBPP/DOC,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of March, 2025, upon consideration of Gagnon's *pro se* Amended Complaint (ECF No. 13), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, the Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**MARY KAY COSTELLO, J.**